UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 04-078 S

ERIC MITCHELL :

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Eric Mitchell, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. The defendant hereby incorporates by reference the attached memorandum of law in support of this motion.

ERIC MITCHELL,
By his attorney,

/s/ Thomas G. Briody
R.I. Bar no. 4427
91 Friendship Street
Providence, RI 02903
(401) 751-5151
(401) 421-0876 (facsimile)
Tbriodylaw@aol.com

I hereby certify that I caused a copy of the within to be served upon Lou Matos, AUSA, Stephen Dambruch, AUSA and on Dennis Jenkins, SUSPO on the 27th day of March, 2008.

/s/ Thomas G. Briody, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 04-078 S

ERIC MITCHELL :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

The defendant, Eric Mitchell, moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant states that:

1. On May 20, 2005, Mr. Mitchell was sentenced to a term of 70 months imprisonment after having pled guilty to a charge of distribution of cocaine base.

2. This sentence represented the low end of the applicable advisory sentencing guideline range of 70 to 87 months.

3. Based upon the amendments to U.S.S.G. § 2D1.1, effective as of the date of November 1, 2007, the defendant's base offense level would be

a level 24, and his total offense level would be 23.

4. Mr. Mitchell's criminal history category is III, yielding a sentencing guideline range of 57-71 months.

5. Mr. Mitchell's is subject to a mandatory minimum sentence of 60 months, based on the amount of cocaine base seized at the time of his arrest. Accordingly, his projected release date, if he receives a reduced sentence of 60 months, is November 13, 2008.

6. Upon consultation with counsel for the United States (AUSA Matos), the government is not inclined to oppose this motion.

ERIC MITCHELL,
By his attorney,

/s/ Thomas G. Briody
R.I. Bar no. 4427
91 Friendship Street
Providence, RI 02903
(401) 751-5151
(401) 421-0876 (facsimile)
Tbriodylaw@aol.com

I hereby certify that I caused a copy of the within to be served upon Lou Matos, AUSA, Stephen Dambruch, AUSA and on Dennis Jenkins, SUSPO on the 27th day of March, 2008.

/s/ Thomas G. Briody, Esquire